# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA MAYO,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:19-cv-01285- JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 11) |

On February 21, 2020, the parties stipulated for Plaintiff to have an extension of thirty days to serve a confidential letter brief. (Doc. 11) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. The extension of time is **GRANTED**; and
2. Plaintiff **SHALL** serve a letter brief no later than **March 23, 2020**.

IT IS SO ORDERED.

Dated: **February 25, 2020**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE