# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA MAYO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | ) Case No.: 1:19-cv-1285 - JLT<br>)<br>) ORDER GRANTING PLAINTIFF'S REQUEST<br>) FOR A FURTHER EXTENSION OF TIME<br>)<br>) (Doc. 13)<br>)<br>)<br>) |

Plaintiff seeks a second extension of time to serve a confidential letter brief requesting the deadline be extended from March 23, 2020, to April 22, 2020. (Doc. 13) Based upon the information provided and good cause appearing, the Court **ORDERS**:

1. The request for an extension of time (Doc. 13) is **GRANTED**; and
2. Plaintiff **SHALL** serve a letter brief no later than **April 22, 2020**.

IT IS SO ORDERED.

Dated: **March 23, 2020**                    **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE