1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11  SONYA MAYO,                                  ) Case No.: 1:19-cv-01285 - JLT
                                                 )
12          Plaintiff,                           ) ORDER GRANTING PLAINTIFF AN
                                                 ) EXTENSION OF TIME
13      v.                                       )
                                                 )
14  COMMISSIONER OF SOCIAL SECURITY,             )
                                                 )
15          Defendant.                           )
                                                 )
16  _____     )

17          On June 30, 2020, the Court ordered Plaintiff to show cause why sanctions should not be

18  imposed for failure to prosecute and failure to comply with the scheduling order. (Doc. 17) In response,

19  Plaintiff filed a request extension of time, requesting the deadline for filing her opening brief be

20  extended to July 27, 2020. (Doc. 18) Plaintiff acknowledges this is her "third request for an extension

21  of time" in the action, but "Defendant does not oppose the requested extension." (*Id.* at 1-2)

22          Based upon the information provided, the Court **ORDERS**:

23          1.      The request for an extension of time is **GRANTED**; and

24          2.      The order to show cause shall remain in effect until the opening brief is filed.

25
26  IT IS SO ORDERED.

27      Dated:   __**July 1, 2020**__          _____**/s/ Jennifer L. Thurston**_____
                                                UNITED STATES MAGISTRATE JUDGE
28