**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA MAYO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:19-cv-01285 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JUNE 30, 2020<br><br>(Doc. 17) |

　　On June 30, 2020, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to prosecute and failure to comply with the scheduling order. (Doc. 17) Plaintiff was granted an extension of time to file an opening brief, but the order to show cause remained in effect. (Doc. 19) On July 26, 2020, Plaintiff filed her opening brief in compliance with the extended deadline. (Doc. 20) Accordingly, the Court **ORDERS**: the order to show cause dated June 30, 2020 (Doc. 17) is **DISCHARGED**.

IT IS SO ORDERED.

　Dated: __**July 27, 2020**__　　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1