# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA MAYO,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.: 1:19-cv-1285 - JLT<br><br>ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 22) |

The parties have stipulated for the Commissioner to have an additional seven days to file a response to Plaintiff's opening brief. (Doc. 22) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 3), which was previously used by Plaintiff. (Docs. 11, 12) Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5 at 3) This is now the fourth extension requested in the action by stipulation, which the Court construes to be a motion to amend the Court's scheduling order. (*See id.*)

Counsel for the Commissioner reports that she "has begun preparing Defendant's response," but was unable to meet today's filing deadline. (Doc. 22 at 2) She asserts the additional time is necessary "due to the unanticipated need for more time on multiple briefs with the same deadlines." (*Id.*) In addition, Counsel notes that Plaintiff does not oppose the request and stipulated to the brief extension.

(*Id.*) Finally, it does not appear Plaintiff would suffer any request as a result of the delay.  Accordingly, the Court **ORDERS**:

    1. The request for an extension of time (Doc. 22) is **GRANTED**; and

    2. The Commissioner **SHALL** file a response to the opening brief no later than **September 2, 2020**.

IT IS SO ORDERED.

Dated:   **August 27, 2020**                              **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE