# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA DENISE MAYO, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:19-cv-1285 JLT <br><br> ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) <br><br> (Doc. 30) |

On May 24, 2021, Sonja Denise Mayo and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses in the amount of $5,750.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 30)

Accordingly, the Court **ORDERS:** Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $5,750.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: **May 25, 2021**         _ **/s/ Jennifer L. Thurston**
                                         CHIEF UNITED STATES MAGISTRATE JUDGE